UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY JAMES COLBERT, | No. 2:16-cv-1823 CKD P |
| Petitioner, | |
| v. | ORDER |
| S. PEERY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

2. Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee.  Petitioner's failure to comply with this order will result in dismissal.

Dated: August 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/colb1823.ifp