1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   | LEROY JAMES COLBERT,              | No.  2:16-cv-1823 CKD P
12   |         Petitioner,
13   |     v.                            | ORDER AND
14   | S. PEERY,                         | <u>FINDINGS AND RECOMMENDATIONS</u>
15   |         Respondent.
16
17       On August 8, 2016, petitioner was ordered to file a request to proceed in forma pauperis
18   or pay the filing fee for this action within thirty days.  Petitioner was warned that failure to
19   comply with that order would result in dismissal.  The thirty day period has now expired, and
20   petitioner has not complied with the court's order.
21       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court Assign a district
22   court judge to this case; and
23       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
24       These findings and recommendations are submitted to the United States District Judge
25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
26   after being served with these findings and recommendations, petitioner may file written
27   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
28   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

                                                  1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 15, 2016

                                      */s/ Carolyn K. Delaney*
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1
colb1823.fifp